**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| DAVID BIRKS, *et al.* | : | |
| | : | |
| *Individually and on behalf of similarly situated persons* | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No.: 8:23-cv-00837-BAH |
| | : | |
| SMALL COMMUNITY SPECIALISTS, L.L.C., *et al.* | : | |
| | : | |
| Defendants | : | |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW, Plaintiffs, David Birks and Michael Federman (hereinafter "Plaintiffs"), by and through undersigned counsel, and move this Court for final approval of the class action settlement in this matter. Defendants do not oppose the Motion.

In support of this motion, Plaintiffs refer the Court to the accompanying memorandum of law and supporting declaration.

BIENSTOCK LAW, LLC

/s/ Joshua I. Bienstock
Joshua I. Bienstock, Esq. (#30360)
401 East Jefferson Street, suite 208
Rockville, MD 20850
Telephone: (301) 251-1600
josh@bienstocklegal.com

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Bradley T. Canter, Esq. (#18995)
2200 Research Boulevard, Suite 560
Rockville, MD 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bcanter@roncanterllc.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2024, a copy of the foregoing was filed and served by CM/ECF filing to the following:

Mary M. Gardner, Esq.
600 Massachusetts Avenue, NW
Washington, DC 20001
mmgardner@venable.com
*Attorney for Defendants*

Elizabeth C. Rinehart, Esq.
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
ecrinehart@venable.com
*Attorney for Defendants*

/s/ Bradley T. Canter
Bradley T. Canter, Esq.